UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD LONGMAN, individually, and on behalf of others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>WHIRLPOOL CORPORATION<br><br>         Defendant. | CASE NO. 2:23-cv-00539-CCC-JRA<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rules 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Howard Longman and Defendant Whirlpool Corporation, hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, is hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| **KANTROWITZ, GOLDHAMMER & GRAIFMAN, PC**<br>Attorneys for Plaintiff | **McELROY, DEUTSCH, MULVANEY CARPENTER, LLP**<br>Attorneys for Defendants |
| By: *s/ Kathleen N. Fennelly*<br>     **KATHLEEN N. FENNELLY** | By: *s/ Gary S. Graifman*<br>     **GARY S. GRAIFMAN** |
| Dated: September 6, 2023 | Dated: September 6, 2023 |

SO ORDERED

   s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   9/20/2023
